UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number:
08-20594-CIV-MORENO**

THE SCHOOL BOARD OF MIAMI-DADE COUNTY, FLORIDA, a political subdivision of the STATE OF FLORIDA,

    Plaintiff,

vs.

R.R.,

    Defendant.
_____/

### ORDER GRANTING MOTION TO DISMISS

THIS CAUSE came before the Court upon Plaintiff's Voluntary Withdrawal / Motion to Dismiss Complaint **(D.E. No. 3)**, filed on **May 29, 2008**.

THE COURT has considered the motion and the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the motion is **GRANTED**. This case shall be dismissed without prejudice. Further, it is

**ORDERED** that this case is closed.

DONE AND ORDERED in Chambers at Miami, Florida, this 3rd day of June, 2008.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

Counsel of Record